UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE BOEING COMPANY,

          Plaintiff,

v.

JOHN S. ROACH, individually and as Trustee of the Carlotta M. Roach Testamentary Trust,

          Defendant.

C20-679 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Default against defendant having been entered by Order of the Clerk dated June 25, 2020, docket no. 10, plaintiff having indicated its intent to file a motion for default judgment by Status Report dated July 10, 2020, docket no. 11, and more than two months having elapsed since then without further activity in this case, plaintiff is DIRECTED to file, within twenty-eight (28) days of the date of this Minute Order, either (i) a motion for default judgment, or (ii) a status report indicating why such motion cannot or will not be filed and whether this case may be dismissed without prejudice and without costs.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of September, 2020.

                                         William M. McCool
                                         Clerk

                                         s/Karen Dews
                                         Deputy Clerk

MINUTE ORDER - 1